UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TINU KHANNA,<br><br>　　　　　　Defendant. | No. 2:22-CR-00213-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release TINU KHANNA;

Case No. 2:22-CR-00213-KJM, from custody for the following reasons:

　　__ Release on Personal Recognizance

　　_X_ Bail Posted in the Sum of $350,000, secured by all available equity in the property owned by Michael Khanna, located in Eatontown, New Jersey, with Pretrial Services Supervision.

　　　　__ Unsecured Appearance Bond

　　　　__ Appearance Bond with 10% Deposit

　　　　__ Appearance Bond with Surety

　_X_ (Other): <u>The Defendant shall be released at 9:00 AM on 12/28/2023 and ORDERED to immediately report in person to the Pretrial Services Agency</u>.

Issued at Sacramento, California on _____12/27/2023_____, at _2:25 PM__ .

_____
Kimberly J. Mueller, United States District Judge