Peter Kmeto
Attorney at Law
State Bar #78827
P.O. Box 8789
South Lake Tahoe, CA 96158
Office (916)444-7420; Cell: (916) 768-6636
Email: pkmeto@sbcglobal.net

Attorneys for: TINU KHANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:22-CR-00213-KJM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER TO MODIFY |
| | ) | CONDITIONS OF |
| | ) | PRETRIAL RELEASE |
| | ) | |
| vs. | ) | |
| | ) | |
| TINU KHANNA  (2), | ) | |
| Defendant. | ) | |
| | ) | |

Defendant, TINU KHANNA, hereby submits a Stipulation and Proposed Order for

a one-time modification of his pretrial release conditions.

<u>Stipulation and Grounds for Modification:</u>

Defendant was released on or about December 27, 2023. Special Conditions

pertinent to this request and stipulation are as follows:

> *5. You must restrict your travel to the District of New Jersey and*
> *the Eastern District of California (for Court purposes) unless otherwise*
> *approved in advance by the pretrial services officer. And,*
>
> *14. You must adhere to a curfew and remain inside your residence*
> *every day from 6:00pm to 6:00am, or as adjusted by the pretrial services*
> *officer for medical, religious services, employment or Court-ordered obligations.*

1

1   To date Defendant has been in compliance with all of his Special Conditions of

2   Release, which has been verified by the office of his District of New Jersey's Pretrial

3

4   Office.

5   In celebration of a religious moonrise celebration on October 20, 2024 Defendant

6   and his  family will be attending a prayer at Sri Guruvaayoorappan Temple in

7   Morganville, NJ, from 4 PM to 7 PM EST and, thereafter, they will observe the moon

8   around 8 PM EST. To accommodate this it is agreed that Tinu Khanna's curfew be

9   extended to midnight on October 20, 2024. Both the prosecutor in this case, AUSA

10  Veronica Alegria as well as Pretrial Service Officer, Renee Basurto, have verified the

11  above facts and have no opposition to this one-time modification.

12

13          IT IS SO STIPULATED.

14          Dated:  October 17, 2024          /s/ VERONICA ALEGRIA
                                              VERONICA  ALEGRIA
15                                            Assistant US Attorney
                                              for the Government
16

17          Dated:  October 17, 2024          /s/ PETER KMETO
                                              PETER KMETO
18                                            Attorney for Defendant
                                              TINU KHANNA
19

20

21

22

23

24

25

26

27

28

1

<u>ORDER</u>

2

3

        UPON GOOD CAUSE SHOWN and the stipulation of the two parties IT IS

4

ORDERED that Defendant TINU KHANNA's release conditions shall be modified to

5

extend his curfew on October 20, 2024 to midnight.  All other conditions of release shall

6

remain the same.                    Dated: October 17, 2024

7

8

9

_____

10

The Hon. Sean C. Riordan
United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28