Peter Kmeto
Attorney at Law
State Bar #78827
P.O. Box 8789
South Lake Tahoe, CA 96158
Office (916)444-7420; Cell: (916) 768-6636
Email: pkmeto@sbcglobal.net

Attorney for: TINU KHANNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:22-CR-00213-KJM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] |
| | ) | ORDER TO MODIFY |
| | ) | CONDITIONS OF |
| | ) | PRETRIAL RELEASE |
| vs. | ) | |
| | ) | |
| TINU KHANNA (2), | ) | |
| Defendant. | ) | |

Defendant, TINU KHANNA, hereby submits a Stipulation and Proposed Order for a partial modification of his pretrial release conditions, specifically, that the location monitoring and curfew conditions be lifted.

<u>Stipulation and Grounds for Modification:</u>

Defendant was released on or about December 27, 2023. Special Conditions pertinent to this request and stipulation are as follows:

*13. You must submit to location monitoring, which will include having a location monitoring unit installed in your residence and a transmitter device attached to your person. AND,*

1

*14. You must adhere to a curfew and remain inside your residence every day from 6:00pm to 6:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or Court-ordered obligations.*

To date Defendant has been in compliance with all of his Special Conditions of Release, which has been verified by the office of his District of New Jersey's Pretrial Office as well as the Sacramento Eastern District of California's Pretrial Office. Neither Pretrial Services nor the United States Attorney's Office objects to the removal of these conditions. The surety, Michael Khanna, for Defendant, Tinu Khanna, has been notified of this request and, also, has no objection to the removal of these conditions.

IT IS SO STIPULATED.

Dated: May 16, 2025         /s/ VERONICA ALEGRIA
                            VERONICA ALEGRIA
                            Assistant US Attorney
                            for the Government

Dated: May 16, 2025         /s/ RENEE BASURTO
                            U.S. Pretrial Services
                            Supervisory Pretrial Services Officer

Dated: May 16, 2025         /s/ MICHAEL KHANNA
                            Surety for Appearance Bond

Dated: May 16, 2025         /s/ PETER KMETO
                            PETER KMETO
                            Attorney for Defendant
                            TINU KHANNA

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of: the Government; Pretrial Services; Surety; and, Defendant IT IS ORDERED that Defendant TINU KHANNA's location monitoring and curfew release conditions #13 and #14 be lifted.

All other conditions of release, particularly those travel restrictions listed in condition #5, shall remain the same.

Dated: May 16, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE