ERIC GRANT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

DAVID L. JAFFE
United States Department of Justice
Chief, Violent Crime & Racketeering Section
CÉSAR S. RIVERA-GIRAUD
Trial Attorney
1301 New York Ave., NW, Suite 715
Washington, DC 20005
Telephone: (202) 878-9352
Facsimile: (202) 307-3944

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-0213 DC |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE DATE AND EXCLUDE TIME |
| v. | |
| TINU KHANNA,<br>  aka Gagan Khanna,<br>DANIEL DOLAN,<br>CHI MO,<br>  aka David Mo,<br>NIRMAL KHANNA,<br>  aka Vinnie Khanna,<br>MICHAEL KHANNA,<br>ANITA KHANNA,<br>RICKY VEGA,<br>ALFREDO MEJIA,<br>and<br>VISHNU CHINTAMAN,<br><br>                    Defendants. | CURRENT DATE: March 20, 2026<br>PROPOSED DATE: May 1, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

REQUEST TO CONTINUE DATE AND EXCLUDE TIME;
[~~PROPOSED~~] ORDER

1

**STIPULATION**

1.      By previous order, this matter was set for a status conference on March 20, 2026, for the above-captioned defendants ("defendants").[1]

2.      By this stipulation, defendants now move to continue the status conference until May 1, 2026, and to exclude time between March 20, 2026, and May 1, 2026, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The discovery in this case is voluminous, over 150,000 pages of discovery, as well as native documents, spreadsheets, and many hours of video and audio recordings. Additionally, the government has produced 250 GB of additional discovery from multiple other districts with catalytic converter cases involving DG AUTO, and defense counsel are still reviewing the newly produced discovery.  All of the discovery from this district has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendants desire additional time to consult with their clients, review the discovery, conduct investigation and research related to the charges, and to otherwise prepare for trial.

c)      On February 2, 2026, defendant Michael Khanna was involved in a serious automobile accident.  His car was totaled, and he suffered significant soft tissue injuries.  He is currently taking pain killers and muscle relaxants.  His attorney has indicated that Mr. Khanna has noticeable problems concentrating and focusing, adversely affecting his ability to participate in the case.

d)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e)      The government does not object to the continuance.

f)      The continuance is not based on the congestion of the Court.

g)      Based on the above-stated findings, the ends of justice served by continuing the

---

[1] Defendant Navin Khanna is no longer included, as he pleaded guilty on February 27, 2026.

REQUEST TO CONTINUE DATE AND EXCLUDE TIME; [PROPOSED] ORDER

2

case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

h)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 20, 2026 to May 1, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: March 11, 2026                              ERIC GRANT
                                                  United States Attorney


                                                  /s/ *Veronica M.A. Alegría*
                                                  VERONICA M.A. ALEGRÍA
                                                  Assistant United States Attorney


Dated: March 11, 2026                              /s/ *Jan Karowsky*
                                                  JAN KAROWSKY
                                                  Counsel for Defendant
                                                  TINU KHANNA


Dated: March 11, 2026                              /s/ *Michael E. Hansen*
                                                  MICHAEL E. HANSEN
                                                  Counsel for Defendant
                                                  DANIEL DOLAN


Dated: March 11, 2026                              /s/ *Kresta Daly*
                                                  KRESTA DALY
                                                  Counsel for Defendant
                                                  CHI MO

Dated: March 11, 2026

/s/ *John R. Manning*
JOHN R. MANNING
Counsel for Defendant
NIRMAL KHANNA

Dated: March 11, 2026

/s/ *Olaf W. Hedberg*
OLAF W. HEDBERG
Counsel for Defendant
MICHAEL KHANNA

Dated: March 11, 2026

/s/ *Candice L. Fields*
CANDICE L. FIELDS
Counsel for Defendant
ANITA KHANNA

Dated: March 11, 2026

/s/ *Robert G. Stahl*
ROBERT G. STAHL
LAURA GASIOROWSKI
TIMOTHY E. WARRINER
Counsel for Defendant
RICKY VEGA

Dated: March 11, 2026

/s/ *Patrick Keith Hanly*
PATRICK KEITH HANLY
Counsel for Defendant
ALFREDO MEJIA

Dated: March 11, 2026

/s/ *Tasha Paris Chalfant*
TASHA PARIS CHALFANT
Counsel for Defendant
VISHNU CHINTAMAN

REQUEST TO CONTINUE DATE AND EXCLUDE TIME;
[PROPOSED] ORDER

4

**ORDER**

IT IS HEREBY ORDERED as to Tinu Khanna, Daniel Dolan, Chi Mo, Nirmal Khanna, Michael Khanna, Anita Khanna, Ricky Vega, Alfredo Mejia, and Vishnu Chintaman, the court, having received, read and considered the parties' stipulation filed on March 10, 2026 (Doc. No. 518), and good cause appearing therefrom, APPROVES the parties' stipulation.  Accordingly, the Status Conference scheduled for March 20, 2026, is VACATED and RESET for May 1, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between March 20, 2026 and May 1, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:    **March 11, 2026**

_____
Dena Coggins
United States District Judge

REQUEST TO CONTINUE DATE AND EXCLUDE TIME;
[~~PROPOSED~~] ORDER

1