ERIC GRANT
United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

DAVID L. JAFFE
United States Department of Justice
Chief, Violent Crime & Racketeering Section
CÉSAR S. RIVERA-GIRAUD
Trial Attorney
1301 New York Ave., NW, Suite 715
Washington, DC 20005
Telephone: (202) 878-9352
Facsimile: (202) 307-3944

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TINU KHANNA,<br>aka Gagan Khanna,<br>NIRMAL KHANNA,<br>aka Vinnie Khanna,<br>MICHAEL KHANNA,<br>ANITA KHANNA,<br><br>Defendants. | CASE NO. 2:22-CR-0213 DC<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>CURRENT DATE: August 21, 2026<br>PROPOSED DATE: September 11, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

**STIPULATION**

1. By previous order, this matter was set for a status conference on August 21, 2026, for the above-captioned defendants (“defendants”).

2. By this stipulation, defendants now move to continue the status conference until September 11, 2026, and to exclude time between August 21, 2026, and September 11, 2026, under

Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The discovery in this case is voluminous, over 150,000 pages of discovery, as well as native documents, spreadsheets, and many hours of video and audio recordings. Additionally, the government has produced 250 GB of additional discovery from multiple other districts with catalytic converter cases involving DG AUTO, and defense counsel are still reviewing the newly produced discovery.

b) Counsel for defendants desire additional time to consult with their clients, review the discovery, conduct investigation and research related to the charges, and to otherwise prepare for trial.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) The continuance is not based on the congestion of the Court.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 21, 2026 to September 11, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//

IT IS SO STIPULATED.

Dated: August 18, 2026

ERIC GRANT
United States Attorney

*/s/ Veronica M.A. Alegría*
VERONICA M.A. ALEGRÍA
Assistant United States Attorney

Dated: August 18, 2026

*/s/ Jan Karowsky*
JAN KAROWSKY
Counsel for Defendant
TINU KHANNA

Dated: August 18, 2026

*/s/ John R. Manning*
JOHN R. MANNING
Counsel for Defendant
NIRMAL KHANNA

Dated: August 18, 2026

*/s/ Olaf W. Hedberg*
OLAF W. HEDBERG
Counsel for Defendant
MICHAEL KHANNA

Dated: August 18, 2026

*/s/ Candice L. Fields*
CANDICE L. FIELDS
Counsel for Defendant
ANITA KHANNA

**ORDER**

IT IS HEREBY ORDERED as to Tinu Khanna, Nirmal Khanna, Michael Khanna, and Anita Khanna, the court, having received, read and considered the parties' stipulation filed on August 14, 2026 (Doc. No. 546), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for August 21, 2026, is VACATED and RESET for September 11, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between August 21, 2026 and September 11, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: **August 18, 2026**

Dena Coggins
United States District Judge