UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

TINU KHANNA,

Defendant.

Case No. 2:22-CR-0213-DC

**~~[PROPOSED]~~ TRANSPORTATION ORDER PURSUANT TO 18 U.S.C. § 4285; 18 U.S.C. § 3006A**

**ORDER**

GOOD CAUSE APPEARING: Pursuant to 18 U.S.C. § 4285, the Court orders the United States Marshal to furnish Tinu Khanna with the cost of travel from Newark, New Jersey to Sacramento, CA on September 10, 2026, so that he may attend Court on September 11, 2026. Additionally, the United States Marshal shall provide Tinu Khanna with subsistence expenses for this travel period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. §5702(a).

THE COURT FURTHER ORDERS pursuant to 18 U.S.C. §3006A, disbursement of Criminal Justice Act (CJA) funds to furnish defense counsel, Jan Karowsky, to reimburse him for the cost of lodging, food, and incidental expenses while Tinu Khanna is in Sacramento, California between September 10 - 11, 2026, in connection with his court appearance on September 11, 2026. It is further ordered that CJA funds shall be disbursed for travel and subsistence to enable Mr. Tinu Khanna to return to his home in New Jersey when that court proceeding is completed.

To the extent possible, advance authorization is approved for reimbursement of defense counsel for the following expenditures:

1. Mr. Tinu Khanna's airfare for return flight to Newark Liberty International Airport from Sacramento International Airport on September 11, 2026 at $469.40

2. One night's lodging on September 10, 2026, not to exceed the per diem rate of $150.00 before taxes;
3. First day's meals and incidentals per diem at $64.50 for September 10, 2026;
4. Last day's meals and incidentals per diem at $64.50 for September 11, 2026;
5. $30.00 for transportation from the hotel to the Sacramento International Airport for the return flight to Newark Liberty International Airport (10 miles);
6. And $50 for transportation from Newark Liberty International Airport to his home (28 miles).

The total amount to be reimbursed defense counsel for Mr. Tinu Khanna is not exceed $828.40, plus reasonable expenses, fees, and taxes. To the extent that expenses, fees, and taxes are shared with any co-defendant (such as lodging and transportation), defense counsel is ordered to apportion the reimbursement requested.

IT IS SO ORDERED.

Dated: August 21, 2026

**JEREMY D. PETERSON**
UNITED STATES MAGISTRATE JUDGE